PIÁNKÁY REALTIES, INC., Appellant, *v.* SALVATORE ROMANO, Respondent.

Argued February 18, 1947; decided April 10, 1947.

*Samuel J. Joseph* for appellant.

*Max Shlivek* and *Saul S. Brin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.